JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY SANCHEZ-GUERRERO,<br><br>               Plaintiff,<br><br>     v.<br>U.S. DEPARTMENT OF JUSTICE,<br><br>               Defendant. | Case No.: CV 16-1587 DMG (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's May 17, 2017 Order re Defendant's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant U.S. Department of Justice, Executive Office of U.S. Attorneys and against Plaintiff Eloy Sanchez-Guerrero, who shall take nothing.

**IT IS SO ORDERED**.

DATED: May 17, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE